IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

17935 BOWMAN ROAD
COTTONWOOD, CALIFORNIA

CASE NO. 3:12-SW-0037 CMK

[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: 8/22/13

HON. DALE A. DROZD
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and Application

1